AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| TERRY WAYLAND JR<br>*Plaintiff(s)*<br>v.<br>THE HARTFORD INSURANCE COMPANY OF THE SOUTHEAST<br>*Defendant(s)* | Civil Action No. 2:23-cv-00359-JES-NPM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* THE HARTFORD INSURANCE COMPANY OF THE SOUTHEAST
C/O CHIEF FINANCIAL OFFICER
200 E. GAINES ST
TALLAHASSEE, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: THE DESIR LAW FIRM
1580 SAWGRASS CORPORATE PARKWAY
SUITE 130
SUNRISE, FL 33323

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* Jordan Keeler

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Date: May 22, 2023

*Signature of Clerk or Deputy Clerk*