UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:23-CV-359-JES-NPM

TERRY WAYLAND JR.,

Plaintiff,

vs.

THE HARTFORD
INSURANCE COMPANY OF
THE SOUTHEAST,

Defendant.

_____________________________________/

**FIRST AMENDED COMPLAINT**

Plaintiff, TERRY WAYLAND JR., by and through undersigned counsel, hereby sues the Defendant, THE HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, and states as follows:

1. This is an action for breach of contract wherein Plaintiff seeks damages for more than $30,000.

2. Plaintiff, TERRY WAYLAND JR., is sui juris and is a resident of Collier County, Florida.

3. Defendant is, upon information and belief, a corporation duly authorized to conduct business in the State of Florida, and which does, in fact, issue flood insurance policies in Collier County, Florida. As such, venue is proper in the Middle District of Florida pursuant to 42 U.S.C. § 4072.

4. Defendant issued a flood insurance policy to Plaintiff, bearing policy number 6500008490, which insured the residence located at 292 SHARWOOD DR NAPLES, FL 34110-5722 for all relevant times herein. A copy of the policy will be obtained in discovery. This Court has jurisdiction pursuant to 42 U.S.C. §1331.

5. On or about September 28, 2022, a while the subject policy was in full force and effect, Plaintiff's property suffered from flood damage to his home. These damages are covered under the subject policy.

6. As such, Plaintiff filed a claim with Defendant and said claim was assigned Claim number 399578.

7. Plaintiff complied with and performed all conditions precedent under the subject policy for the recovery of benefits and/or said conditions were waived by Defendant.

8. On November 22, 2022, Defendant acknowledged coverage for Plaintiff's damages in the amount of $5,174.13 after applying his deductible. However, Plaintiff's damages are in the amount of $70,577.26. Plaintiff provided a sworn proof of loss to Defendant but has not received a response from Defendant.

9. Defendant, therefore, has breached the terms of the subject contract of insurance by failing to adequately pay the benefits which became due and owing to Plaintiff as a result of the covered loss.

10. As a result of Defendant's breach, Plaintiff has suffered damages in the amount of insurance benefits due and owing to him under the subject policy.

WHEREFORE, Plaintiff, TERRY WAYLAND JR., demands judgment against the Defendant, THE HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, for damages and interest thereon, (ii) and such other and further relief as this court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues so triable as of right by jury.

Dated this 29TH day of May 2023.

The Desir Law Firm, P.A.
Attorney for Plaintiff
1580 Corporate Parkway, Suite 130
Sunrise, FL 33323
Tel: 954-848-2912
Fax: 888-616-7608
Email: ldesir@thedesirlawfirm.com
Email: casemanager@thedesirlawfirm.com
Email: paralegal@thedesirlawfirm.com
Email: assistant@thedesirlawfirm.com

By:/s/ Leonard Desir, Jr
Leonard R. Desir, Jr., Esq.
Florida Bar No. 98928