UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY R. WAYLAND, JR.,

Plaintiff,

v. Case No: 2:23-cv-359-JES-NPM

THE HARTFORD INSURANCE COMPANY OF THE SOUTHEAST,

Defendant.

---

**ORDER**

This matter comes before the Court on review of plaintiff's First Amended Complaint (Doc. #8) filed on May 29, 2023, pursuant to the Opinion and Order (Doc. #7) dismissing the Complaint for lack of jurisdiction without prejudice to amending. The only change in the First Amended Complaint is the addition of: "This Court has jurisdiction pursuant to 42 U.S.C. § 1331." (Doc. #8, ¶ 4.) Title 42 of the United States Code Section 1331 does not exist. It is a repealed statute, and therefore the First Amended Complaint continues to provide no basis for federal subject matter jurisdiction. The Court also notes that counsel did not heed any of the directives in the Opinion and Order to comply with the Federal Rules of Civil Procedure.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's First Amended Complaint (Doc. #8) is **STRICKEN** for failure to comply with the Opinion and Order (Doc. #7). Plaintiff is provided one last opportunity to demonstrate subject matter jurisdiction by filing a Second Amended Complaint within **SEVEN (7) DAYS** of this Order. If no amended pleading is filed, the case will be closed without further notice.

**DONE and ORDERED** at Fort Myers, Florida, this 31st day of May 2023.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record