**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

TERRY WAYLAND, JR.,

Plaintiff,

vs.

THE HARTFORD INSURANCE
COMPANY OF THE SOUTHEAST,

Defendant.

CASE NO. 2:23-CV-00359-JES-NPM

**NOTICE OF SETTLEMENT**

Plaintiff, TERRY WAYLAND, JR., by and through undersigned counsel, hereby files his Notice of Settlement.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2024, a copy of the foregoing document was sent via email to the following counsel of record:

Joel W. Morgan
Butler Snow LLP
919 East Main Street, Suite 600
Richmond, VA 23219
Email: joel.morgan@butlersnow.com; christina.citino@butlersnow.com
*Counsel for Defendant, Hartford Insurance Company of the Southeast*

*/s/ Leonard Desir, Jr*
Leonard R. Desir, Jr., Esq.
Fla. Bar. No.: 98928
The Desir Law Firm, P.A.
1580 Sawgrass Corporate Pkwy Ste 130
Sunrise, FL 33323
Telephone: 954-848-2912
Fax: 888-616-7608

Email: ldesir@thedesirlawfirm.com
Email: paralegal@thedesirlawfirm.com
Email: casemanager@thedesirlawfirm.com
*Counsel for Plaintiff, Terry Wayland, Jr.*